Walter O'Cheskey
Standing Chapter 13 Trustee
6308 Iola Avenue
Lubbock, TX 79424
(806)748-1980 Office
(806)748-1956

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NOTHERN DISTRICT OF TEXAS
ABILENE DIVISION

**IN RE:**
**RANDALL WAYNE ANDREWS**

**DEBTOR(S)**

**CASE NO. 13-10181  -  RLJ  -13**

**Hearing Date:  10/2/2013**
**Hearing Time:  11:00 AM**

### TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

COMES NOW WALTER O'CHESKEY, Standing Chapter 13 Trustee (hereinafter referred to as Trustee),  and files this Objection to Confirmation in opposition to confirmation of Debtors' Chapter 13 Plan and Motion for Valuation filed herein by the above debtor(s), and would respectfully show the Bankruptcy court:

1. Debtor(s) filed for relief under Chapter 13 of the United States Bankruptcy Code on 7/18/2013.

2. Debtor(s) are below median income per 11 U.S.C. Sec. 1325 (b)(4).

3. Trustee alleges the form 22c does not inlcude all of Mr. Andrew's income and shows the Debtor to be below median income.

4. Trustee alleges the bank records for Mr. Andrew's proving receipt of retirement draw were requested at the Section 341 Meeting of Creditors.

5. Trustee is unable to verify all available monthly disposable income is being committed to the Plan and objects to confirmation in accordance with 11 U.S.C. 1325(b)(1)(B).

WHEREFORE,  the Trustee prays that the Bankruptcy Court deny Confirmation of the Debtor(s) Chapter 13 Plan and Motion for Valuation and for such other relief to which this bankruptcy estate may be justly entitled.

Date:  9/24/2013

Respectfully submitted,
/s/ Walter O'Cheskey
6308 Iola Avenue
Lubbock, TX 79424

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Trustee's Objection to Confirmation was this date served on the following parties at the addresses listed below by electronic service or by U.S. First Class Mail:

| Debtor(s) Attorney | Debtor(s) |
|---|---|
| MONTE J WHITE & ASSOCIATES PC | RANDALL WAYNE ANDREWS |
| ATTORNEY AT LAW ABILENE | |
| 402 CYPRESS SUITE 310 | 2517 MALIVAR RD |
| ABILENE    TX   79601-0000 | CLYDE     TX   79510 |

Date:  9/24/2013

/s/ Walter O'Cheskey
Office of the Standing Trustee

RANDALL WAYNE ANDREWS
2517 MALIVAR RD
CLYDE          TX    79510