# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### ABILENE DIVISION

Page 1

| | | |
|---|---|---|
| RANDALL WAYNE ANDREWS | Date 11/21/2013 | Debtor Attorney |
| | | MONTE J WHITE & ASSOCIATES PC |
| 2517 MALIVAR RD | Case Number 13-10181-RLJ-13 | ATTORNEY AT LAW ABILENE |
| | | PO BOX 2128 |
| CLYDE TX 79510 | 90 Day Bar Date 11/20/2013 | WICHITA FALLS,TX 76307- |
| | Govt Bar Date 01/14/2014 | |

## TRUSTEE'S NOTICE OF CLAIMS FILED AND NOT FILED

NOTICE IS HEREBY GIVEN of claims filed and not filed by the creditors listed below. The above referenced case has just passed the 90 day bar date (deadline for filing claims) provided by Rule 3002(c). "NOT FILED" is shown in claim classification column if the creditor has not filed a claim. Pursuant to Rule 3004 the debtor may file claims on behalf of the creditors below who have not yet filed claims. Please note that BankruptcyCode Section 502(b)(9) and Bankruptcy Rule 3002(c)(1), may allow additional time for a governmental unit to file a proof of claim.

| | Creditor | Date Filed | Account# | Scheduled | Claim Amount | Class |
|---|---|---|---|---|---|---|
| 001-0 | MONTE J WHITE & ASSOCIATES PC<br>ATTORNEY AT LAW ABILENE<br>PO BOX 2128<br>WICHITA FALLS,TX 76307- | | | 0.00 | 3,500.00 | Legal |
| 003-0 | INTERNAL REVENUE SERVICE<br>PO BOX 7317<br>PHILADELPHIA,PA 19101-7317 | | | 0.00 | 0.00 | Notice Only |
| 004-0 | US ATTORNEY<br>ATTORNEY IN CHARGE<br>1100 COMMERCE STREET SUITE 300<br>DALLAS,TX 75242-1699 | | | 0.00 | 0.00 | Notice Only |
| 005-0 | US ATTORNEY GENERAL<br>10TH ST & CONSTITUTION AVE<br>WASHINGTON,DC 20530-0000 | | | 0.00 | 0.00 | Notice Only |
| 006-0 | OFFICE OF THE CH13 TRUSTEE<br>6308 IOLA AVENUE<br>LUBBOCK,TX 79424- | | | 0.00 | 53.76 | Admin |
| 007-0 | UNITED STATES ATTORNEY<br>801 CHERRY STREET UNIT 4<br>FT WORTH,TX 76102-6882 | | | 0.00 | 0.00 | Notice Only |
| 008-0 | COUNTY OF CALLAHAN<br>100 W 4TH SUITE 101<br>BAIRD,TX 79504-5300 | 08/15/2013 | 0044 | 2,070.13 | 1,847.06 | Secured |
| 009-0 | CAPITAL ONE NA<br>PO BOX 12907<br>NORFOLK,VA 23541- | 11/18/2013 | 9951 | 4,008.00 | 4,115.98 | Unsecured |
| 010-0 | PRA RECEIVABLES MANAGEMENT<br>PORTFOLIO RECOVERY ASSOC<br>PO BOX 12914<br>NORFOLK,VA 23541- | 11/19/2013 | 7917 | 11,137.00 | 11,162.74 | Unsecured |

Continued on Next Page

In RE: RANDALL WAYNE ANDREWS   Case Number  13-10181-RLJ-13   11/21/201

| | Creditor | Date Filed | Account# | Scheduled | Claim Amount | Class |
|---|---|---|---|---|---|---|
| 011-0 | CITIBANK SD NA<br>ATTN: CENTRALIZED BANKRUPTCY<br>PO BOX 20363<br>KANSAS CITY,MO 64195- | | 2668 | 50.00 | 0.00 | Unsecured<br>Not Filed |
| 012-0 | DISCOVER FINANCIAL SERVICES<br>PO BOX 3025<br><br>NEW ALBANY,OH 43054- | 07/24/2013 | 0824 | 1,126.00 | 1,969.83 | Unsecured |
| 013-0 | GECRB/LOWES<br>BANKRUPTCY DEPARTMENT<br>PO BOX 103104<br>ROSWELL,GA 30076-9104 | | 1602 | 570.00 | 0.00 | Unsecured<br>Not Filed |
| 014-0 | BECKET & LEE LLP<br>ATTORNEYS AT LAW<br>16 GENERAL WARREN, PO BOX 3001<br>MALVERN,PA 19355-0000 | 10/29/2013 | 1439 | 8,515.00 | 8,631.23 | Unsecured |
| 015-0 | UNVL CITI<br>ATTN CENTRALIZED BANKRUPTCY<br>PO BOX 20507<br>KANSAS CITY,MO 64195- | | 5848 | 5,085.00 | 0.00 | Unsecured<br>Not Filed |
| 016-0 | USAA FEDERAL SAVINGS BANK<br>C/O WEINSTEIN & RILEY<br>PO BOX 3978<br>SEATTLE,WA 98124- | 11/12/2013 | 6452 | 1,659.00 | 1,619.33 | Unsecured |
| 017-0 | DISCOVER FIN SVCS LLC<br>PO BOX 15316<br><br>WILMINGTON,DE 19850- | | | 0.00 | 0.00 | Notice Only |
| 018-0 | MICHAEL REED OR LEE GORDON<br>PO BOX 1269<br><br>ROUND ROCK,TX 78680-1269 | | | 0.00 | 0.00 | Notice Only |
| 019-0 | MICHAEL REED<br>MCCREARY VESELKA BRAGG & ALLEN PC<br>PO BOX 1269<br>ROUND ROCK,TX 78680-1269 | | | 0.00 | 0.00 | Notice Only |
| 020-0 | CALLAHAN COUNTY TAX A/C<br>100 W 4TH STREET STE 101<br><br>BAIRD,TX 79504- | | | 0.00 | 0.00 | Notice Only |
| 021-0 | THE COUNTY OF CALLAHAN TEXAS<br>LEE GORDON MCCREARY VESELKA BRAGG & ALLE<br>PO BOX 1269<br>ROUND ROCK,TX 78680-1269 | | | 0.00 | 0.00 | Notice Only |
| 022-0 | MCCREARY VESELKA BRAGG & ALLEN<br>PO BOX 1269<br><br>ROUND ROCK,TX 78680-1269 | | | 0.00 | 0.00 | Notice Only |
| 023-0 | QUANTUM3 GROUP<br>MOMA FUNDING LLC<br>PO BOX 788<br>KIRKLAND,WA 98083-0788 | 10/07/2013<br><br>NOT PROVIDED FOR IN PLAN | xxxxxx9977 | 0.00 | 344.51 | Unsecured |
| 024-0 | STATE FARM FINANCIAL S<br>PO BOX 2328<br><br>BLOOMINGTON,IL 61702-2328 | | | 0.00 | 0.00 | Notice Only |

Continued on Next Page

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

Page 3

In RE: RANDALL WAYNE ANDREWS  Case Number 13-10181-RLJ-13  11/21/201

| | Creditor | Date Filed | Account# | Scheduled | Claim Amount | Class |
|---|---|---|---|---|---|---|
| 025-0 | USAA SAVINGS BANK<br>10750 MCDERMOTT<br>SAN ANTONIO,TX 78288-1600 | | | 0.00 | 0.00 | Notice Only |
| 026-0 | USAA FEDERAL SAVINGS BANK<br>C/O WEINSTEIN AND RILEY PS<br>2001 WESTERN AVENUE STE 400<br>SEATTLE,WA 98121- | | 6452 | 0.00 | 0.00 | Notice Only |
| 027-0 | CAP1/BSTBY<br>26525 N RIVERWOODS BLVD<br>METTAWA,IL 60045-3438 | | | 0.00 | 0.00 | Notice Only |
| 028-0 | CHASE<br>PO BOX 15298<br>WILMINGTON,DE 19850-5298 | | 7917 | 0.00 | 0.00 | Notice Only |
| 029-0 | PRA RECEIVABLES MANAGEMENT<br>PORTFOLIO REC ASSOC<br>PO BOX 41067<br>NORFOLK,VA 23541- | | 7917 | 0.00 | 0.00 | Notice Only |
| 851-0 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA,PA 19101-7346 | | | 0.00 | 0.00 | Notice Only |
| 899-0 | WILLIAM T NEARY<br>UNITED STATES TRUSTEE<br>1100 COMMERCE STREET RM 976<br>DALLAS,TX 75242-0000 | | | 0.00 | 0.00 | Notice Only |
| 900-0 | RANDALL WAYNE ANDREWS<br>, | | | 0.00 | 0.00 | Dbtr Refund<br>Not Filed |

This notice is provided solely to inform Debtor(s) and Counsel of the filing status of claims at the bar date.

IT IS THE REPONSIBILITY OF DEBTOR(S) and COUNSEL TO TAKE APPROPRIATE LEGAL ACTION.

A true and correct copy of this Trustee's Notice of Claims Filed and Not Filed shall be retained in the Trustee's file in this case.

/s/ Walter O'Cheskey

----------------------------------------------
Standing Bankruptcy Trustee